**United States Court of Appeals**
**Fifth Circuit**

**F I L E D**

**April 23, 2003**

**Charles R. Fulbruge III**
**Clerk**

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 02-40453
Conference Calendar

_____

UNITED STATES OF AMERICA,

                                        Plaintiff-Appellee,

versus

JOHN K. DAVIS,

                                        Defendant-Appellant.

---------------------
Appeal from the United States District Court
for the Eastern District of Texas
USDC No. 1:99-CR-163-ALL
---------------------

Before DAVIS, BARKSDALE, and STEWART, Circuit Judges.

PER CURIAM:*

     John K. Davis appeals the revocation of his term of
supervised release, which he received for violating 18 U.S.C.
§ 666(a)(1)(B) (accepting a bribe relative to a program receiving
federal funds).  We AFFIRM.

     Davis contends that the district court abused its discretion
by denying his counsel's motion to withdraw, filed on the day of
the revocation hearing.  This lacks merit because Davis has made
no showing of a conflict of interest, as to which the district

_____

     * Pursuant to 5TH CIR. R. 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in 5TH CIR.
R. 47.5.4.

court made appropriate inquiry.  See United States v. Rodriguez, 278 F.3d 486, 492 (5th Cir.), cert. denied, 536 U.S. 913 (2002).

Davis argues that the district court abused its discretion by denying his motion for continuance of the revocation hearing. Davis is not entitled to relief on this claim because he has failed to show that the ruling resulted in prejudice to his defense.  See United States v. Dupre, 117 F.3d 810, 823 (5th Cir. 1997).

AFFIRMED.